# COURT MINUTES/ORDER

## United States Magistrate Judge Panayotta Augustin-Birch

**Courtroom 203D**                                    Date:  5/6/2026     Time: 11:00 a.m.

Defendant: Gavryel Silverstein (J)          J#: 61006-512    Case #: 26-mj-6248-PAB

AUSA: Brooke Latta                                  Attorney: Huda Ajlani Macri, AFPD

Violation: CONSPIRACY TO COMMIT SECURITIES FRAUD; SECURITIES FRAUD; AIDING AND ABETTING; MONEY LAUNDERING CONSPIRACY

Proceeding: Initial Appearance/Rule 5                    CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No          Recommended Bond: $50,000 PSB

Bond Set at: $50,000 PSB                              Co-signed by:

Language: English

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed/or _____ x's a week/month by phone: ____ x's a week/month in person

☐ Random urine testing by Pretrial Services
   Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or
   Curfew ____ pm to ____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☑ Other: See bond

**Disposition:**

Defendant present and advised of rights and charges pending in the District of Massachusetts. **Court grants Government Ore Tenus Motion to Unseal Indictment,** Order signed. **Court grants Defendants Ore Tenus Motion to Appoint Counsel.** Defendant sworn and found indigent by the Court, **Court appoints FPD,** for purposes of the Removal Hearing in this District. **Court accepts and sets recommended bond. Defendant waives Identity Hearing in this District,** Waiver signed. All further proceedings to take place in the District of Massachusetts. **Order of Removal issued.**

**NEXT COURT APPEARANCE**   Date:           Time:           Judge:                Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 11:55:26/12:53:06                          Time in Court: 20 minutes

**CHECK IF APPLICABLE:** ____For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including ____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, l8 USC 3161 et seq..